# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

**Before**
**R.Q. WARD, K.M. MCDONALD, S.A. DOMINGUEZ**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**JOHN H. DANLEY III**
**LANCE CORPORAL (E-3), U.S. MARINE CORPS**

**NMCCA 201400146**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged:** 6 January 2014.
**Military Judge:** LtCol L.J. Francis, USMC.
**Convening Authority:** Commanding General, Training Command, Quantico, VA.
**Staff Judge Advocate's Recommendation:** LtCol M.E. Sayegh, USMC.
**For Appellant:** CAPT Stephen White, JAGC, USN.
**For Appellee:** Mr. Brian Keller, Esq.

**29 May 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court